UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE | § | CIVIL ACTION |
| COMPLAINT OF COASTAL DAWN | § | |
| SERVICES LLC, AS OWNER AND | § | NO. 17-8058 |
| DAWN SERVICES, LLC AS | § | |
| OPERATOR OF THE M/V COASTAL | § | SECTION "I", MAG. DIV. (3) |
| DAWN PETITIONING FOR | § | |
| EXONERATION FRO OR | § | JUDGE AFRICK |
| LIMITATION OF LIABILITY | § | |
| | § | MAG. JUDGE KNOWLES |
| | § | |

## GREAT LAKES DREDGE & DOCK COMPANY, LLC'S CLAIM

Expressly subject to and without waiving its Rule 12(b)(3) defense of improper venue and without prejudice to its position that Dawn Services, LLC and Coastal Dawn, LLC (jointly referred to as "Limitation Petitioners") are not entitled to exoneration from or limitation of liability, Great Lakes Dredge & Dock Company, LLC ("Great Lakes") makes its claim in these limitation proceedings initiated by the Limitation Petitioners for exoneration from or limitation of liability.

**I**

1.      This claim is filed pursuant to Rule F(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

**II.**

2.      On or about October 16, 2016, Delfino Rios was allegedly injured during the course of his work as a deckhand for Great Lakes onboard the Crane Barge 63. Rios claims that he was struck by a piece of pipe after the crane holding the pipe was struck by the M/V COASTAL DAWN.

3.      While Great Lakes disputes the nature and extent of Rios' alleged injuries, Great Lakes, as Rios' employer, has paid maintenance and cure to or on behalf of Rios as a result of the incident.

4.      Prior to the October 16, 2016, incident, Dawn Services, LLC entered an agreement with Great Lakes pursuant to which Dawn Services, LLC was performing services, including providing and operating the vessel M/V COASTAL DAWN, at the time of the alleged incident. The terms of that agreement included obligations for Dawn Services to defend and indemnify and to name Great Lakes as an additional assured.

5.      Rios commenced litigation against Great Lakes in the 234th Judicial District Court in Harris County, Texas, on October 31, 2016, and Great Lakes tendered its demand for defense, indemnity and insurance to Dawn Services on February 20, 2017.  Rios joined claims against Dawn Services LLC in the Harris County, Texas lawsuit on April 3, 2017.  Dawn Services answered the Harris County, Texas lawsuit on May 10, 2017.  Great Lakes then joined its cross-claim against Dawn Services for contractual defense, indemnity and insurance coverage on May 11, 2017.

6.      Dawn Services, LLC and Coastal Dawn, LLC and initiated these proceedings on August 21, 2017.  To date, neither Dawn Services, LLC nor Coastal Dawn, LLC provided Great Lakes with notice of the deadlines for filing claims herein as required by the Court's order dated August 29, 2017.

7.      As a result of Dawn Services, LLC's failure to defend Great Lakes, Great Lakes has incurred and continues to incur attorney's fees and expenses in its defense of the Harris County litigation as well as in prosecution of its answer and claim herein.

**III.**

8.      Dawn Services, LLC and Coastal Dawn, LLC proximately caused, in whole or in part, Rios' alleged injuries and damages arising out of the incident made the basis of these proceedings.   Great Lakes denies that it was a proximate cause of Rios' alleged injuries and damages.

9.      Pursuant to the agreement governing Dawn Services' work underway at the time of the incident, Great Lakes is entitled to contractual defense and indemnity in connection with Rios' claims at issue herein from Dawn Services, LLC.

10.      Additionally and/or in the alternative, Dawn Services, LLC was required to name Great Lakes as an additional insured on its applicable insurance policies, with waiver of subrogation.   Accordingly, Dawn Services LLC owes Great Lakes defense and insurance in connection with the claims arising out of the October 16, 2016 incident.   Failure to provide insurance as agreed is a breach of contract and Dawn Services is obligated to pay Great Lakes for the damages arising out of that breach.

11.      Great Lakes is entitled to indemnity and/or contribution from Dawn Services for the maintenance and cure Great Lakes has paid and continues to pay to or on behalf of Rios as a result of the incident.

12.      Dawn Services, LLC and Coastal Dawn, LLC should be held responsible for indemnity or contribution for all amounts, liabilities or judgments that may be assessed to Great Lakes, if any, in relation to Rios' personal injury claim.

13.      Great Lakes is entitled to recovery of the reasonable attorneys' fees and expenses incurred in the prosecution of its rights and claims against Dawn Services, LLC.

**PRAYER**

WHEREFORE, PREMISES CONSIDERED, Great Lakes Dredge & Dock Company, LLC respectfully requests judgment in its favor against Limitation Petitioners Coastal Dawn, LLC, as owner, and Dawn Services, LLC as operator of the motor vessel M/V COASTAL DAWN, for full contribution or indemnity with respect to sums paid by and/or adjudicated, charged or assessed against Great Lakes Dredge & Dock Company, LLC arising out the alleged incident, together with fees, costs, and expenses, including attorneys' fees.  Great Lakes Dredge & Dock Company, LLC also respectfully requests all other and further relief to which it may be justly entitled to receive.


Respectfully submitted,

JONES WALKER, L.L.P.


/s/ Jefferson R. Tillery
JEFFERSON R. TILLERY (#17831)
C. BARRETT RICE (#30034)
CHRISTOPHER K. ULFERS (#36712)
201 St. Charles Avenue – 48th Floor
New Orleans, Louisiana 70170-5100
Telephone:  (504) 582-8320
Facsimile:  (504) 589-8320

*Attorneys for Claimant,*
*Great Lakes Dredge & Dock Company, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned, certify that I am a member of the firm of Jones Walker, L.L.P., attorneys in charge for the Claimant herein, and that I served a true and correct copy of the foregoing to all counsel of record on this the **30TH** day of **October, 2017**.

*/s/ Jefferson R. Tillery*
JEFFERSON R. TILLERY